**John PHILLIPS, Plaintiff–Appellant,**

**v.**

**. CITY OF OAKLAND, CALIFORNIA; et al., Defendants–Appellees.**

**No. 08–16498.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 27, 2009.

John Phillips, Oakland, CA, pro se.

Rachel Wagner, Esquire, Office of The City Attorney, Oakland, CA, Michael T. Pyle, U.S. Attorney's Office, San Francisco, CA, Jill T. Bowers, Esquire, AGCA—Office of The California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's response to this court's order to show cause, this court hereby summarily affirms the district court's final judgment. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affir-

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

mance appropriate where result is clear from face of record).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.